**RECEIVED**
**JUL 28 2016**
AT 8:30_____M
WILLIAM T. WALSH CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re IRENE H. LIN,<br><br>Debtor. | Bankruptcy Action No. 13-20829 (KCF) |
| IRENE H. LIN,<br>   Appellant,<br><br>v.<br><br>HUDSON CITY SAVINGS BANK,<br>   Appellee. | ON APPEAL FROM THE BANKRUPTCY COURT OF THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 15-6167 (MAS)<br><br>ORDER |

This matter comes before the Court on Appellant Irene H. Lin's ("Debtor") appeal from the Bankruptcy Court's July 29, 2015 order vacating the automatic stay (the "July 29 Order"). (ECF No. 1.) Debtor's sole argument on appeal is that the possible reversal of two of the Bankruptcy Court's orders that Debtor previously appealed "would fundamentally affect" the July 29 Order. (Appellant's Moving Br. 9, ECF No. 4.) On April 28, 2016, the Third Circuit dismissed Debtor's appeal, *In re Lin*, No. 15-2106, 2016 WL 1697641, at *1 (3d Cir. Apr. 28, 2016), and on July 21, 2016, this Court dismissed Debtor's appeal, *Lin v. Sharer*, No. 15-8232 (MAS) (D.N.J. July 21, 2015). Therefore, Debtor's current appeal is moot as both appeals have been dismissed. Accordingly,

IT IS on this 28th day of July 2016, **ORDERED** that:

1. Debtor's appeal is DISMISSED as moot; and

2. The Bankruptcy Court's July 29 Order is AFFIRMED.

/s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**